IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

      Plaintiff,                    No. CIV S-09-0642 WBS KJM P

   vs.

A.H. WHITTEN, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On August 27, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant E. Moore was returned unserved because "Per CDC locator, none." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed March 18, 2009.

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant E. Moore;

    b. Two copies of the endorsed complaint filed March 18, 2009; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: February 8, 2010.

_____
U.S. MAGISTRATE JUDGE

/md
walk0642.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

      Plaintiff,                      No. CIV 09-0642 WBS KJM P

    vs.

A.H. WHITTEN, et al.,                 <u>NOTICE OF SUBMISSION</u>

      Defendants.                 <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                                     Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff