IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

    Plaintiff,　　　　　　　　No. CIV S-09-0642 WBS KJM P

  vs.

A.H. WHITTEN, et al.,

    Defendants.　　　　　　　ORDER

/

On June 24, 2010, plaintiff was granted an extension of time in which to file an opposition to the pending motion to dismiss and was warned that no further extensions would be granted. He has not filed an opposition or otherwise responded to the court's order.

IT IS THEREFORE ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to prosecute. A failure to respond to this order will result in a recommendation that the action be dismissed.

DATED: August 9, 2010.

_____
U.S. MAGISTRATE JUDGE

2
walk0642.ord

1