IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

        Plaintiff,                    No. CIV S-09-0642 WBS KJM P

    vs.

A.H. WHITTEN, et al.,

        Defendants.            ORDER

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On June 10, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant E. Moore was returned unserved because "no employee by that name." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1            Accordingly, IT IS HEREBY ORDERED that:

2            1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed March 18, 2009; and

4            2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

7                    a.  One completed USM-285 form for defendant Moore;

8                    b.  Two copies of the endorsed complaint filed March 18, 2009; and

9                    c.  One completed summons form (if not previously provided)

10  or show good cause why he cannot provide such information.

11  DATED:  October 29, 2010.

_____
U.S. MAGISTRATE JUDGE

/mp
walk0642.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

     Plaintiff,                         No. CIV S-09-0642 WBS KJM P

   vs.

A.H. WHITTEN, et al.,             NOTICE OF SUBMISSION

     Defendants.                OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ completed summons form

        ____ completed USM-285 forms

        ____ copies of the March 18, 2009 Amended Complaint

DATED:

                                          _____
                                          Plaintiff