IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JEFFREY E. WALKER,**<br>Plaintiff,<br>**v.**<br>**A.H. WHITTEN, et al.,**<br>Defendants. | 2:09-CV-0642 WBS GGH (TEMP) P<br>**ORDER** |

Defendants' request to conduct Plaintiff's deposition via videoconference, good cause appearing, is granted.

IT IS ORDERED that Defendants' counsel shall be permitted to take Plaintiff's deposition via videoconference.

Dated: July 27, 2011

/s/ Gregory G. Hollows

The Honorable Gregory G. Hollows

Hm
Walk0642.ord