IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

        Plaintiff,                        No. CIV S-09-0642 WBS GGH (TEMP) P

    vs.

A.H. WHITTEN, et al.,

        Defendants.          <u>ORDER</u>

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. The issues are not complicated factually speaking, nor is the law unusually complicated. Plaintiff has shown sufficient ability to articulate his claims. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the
2  appointment of counsel (Docket No. 57) is denied.
3  DATED: July 27, 2011

                /s/ Gregory G. Hollows
              UNITED STATES MAGISTRATE JUDGE

GGH:md
walk0642.31