IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

        Plaintiff,                         No. CIV S-09-0642 WBS CKD P

    vs.

A.H. WHITTEN, et al.,

        Defendants.              <u>ORDER</u>

           On September 30, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed September 1, 2011 denying plaintiff's August 29, 2011 "motion for extension of time to conduct discovery and order defendants to comply with motion to compel discovery order or face sanctions." Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." The magistrate judge noted in her Order that plaintiff failed to provide reasons why discovery should be extended. In his motion for reconsideration, plaintiff now seeks to provide reasons, which this court does not find to be compelling. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 1, 2011, is affirmed.

DATED: October 6, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

walk0642.850