1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY E. WALKER,

11              Plaintiff,                    No. CIV S-09-0642 WBS CKD P

12        vs.

13   A. H. WHITTEN, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff is a California prisoner proceeding pro se.  On November 4, 2011,

17   plaintiff filed a motion in which he requests that the court order staff at his prison to allow

18   plaintiff to use a typewriter for matters related to this and other cases.  Plaintiff presents evidence

19   indicating he has an injury to his right hand which makes it difficult for plaintiff to write.

20   However, plaintiff fails to indicate why a court order is necessary for plaintiff to access a

21   typewriter.  He has not shown:  1) he cannot purchase a typewriter for personal use; and 2) he has

22   been denied access to a prison typewriter.  Accordingly, plaintiff's November 4, 2011 motion is

23   denied.  Plaintiff may renew his motion if he is able to establish the facts identified above.  In

24   /////

25   /////

26   /////

1

such a motion he must also indicate what documents need drafting in this case.  The court will

not enter an order granting plaintiff access to a typewriter for drafting documents in other cases.

Dated: November 28, 2011

_____

CAROLYN K. DELANEY

UNITED STATES MAGISTRATE JUDGE

1
walk0642.tw

2