IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

    Plaintiff,                    No. CIV S-09-0642 WBS CKD P

    vs.

A. H. WHITTEN, et al.,

    Defendants.            <u>ORDER</u>

         Plaintiff is a California prisoner proceeding pro se. On November 4, 2011, plaintiff filed a motion in which he requests that the court order staff at his prison to allow plaintiff to use a typewriter for matters related to this and other cases. Plaintiff presents evidence indicating he has an injury to his right hand which makes it difficult for plaintiff to write. However, plaintiff fails to indicate why a court order is necessary for plaintiff to access a typewriter. He has not shown: 1) he cannot purchase a typewriter for personal use; and 2) he has been denied access to a prison typewriter. Accordingly, plaintiff's November 4, 2011 motion is denied. Plaintiff may renew his motion if he is able to establish the facts identified above. In

/////

/////

/////

1

1 such a motion he must also indicate what documents need drafting in this case.  The court will
2 not enter an order granting plaintiff access to a typewriter for drafting documents in other cases.

Dated: November 28, 2011

_____

CAROLYN K. DELANEY

UNITED STATES MAGISTRATE JUDGE

---

1
walk0642.tw