IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

     Plaintiff,                         No. CIV S-09-0642 WBS CKD P

     vs.

A. H. WHITTEN, et al.,

     Defendants.                ORDER

_____/

     Plaintiff is a California prisoner proceeding pro se. On December 22, 2011, plaintiff filed a motion in which he requests that the court enter an order directing staff at plaintiff's prison to provide plaintiff with access to a typewriter. Plaintiff asserts he experiences pain on one of his hands when he writes for long periods of time.

     The court notes that plaintiff has filed seven documents over the last two months. While this does not necessarily demonstrate that plaintiff does not have difficulty writing, it does demonstrate he is capable of doing so. The court notes that the only document plaintiff need prepare at this point in this case (considering discovery is closed and the deadline for filing pretrial motions has passed) is his opposition to defendants' pending motion for summary judgment. It appears plaintiff is capable of doing this without a typewriter. Plaintiff is certainly free to seek an extension of time based upon his physical limitations if that is necessary.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's December 22, 2011
2  motion for an order directing officials at his prison to provide him with access to a typewriter
3  (Dkt. No. 86) is denied.

Dated: December 30, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

walk0642.tw(2)