IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

    Plaintiff,                          No. CIV-S-09-0642 WBS CKD P

    vs.

A.H. WHITTEN, et al.,

    Defendants.                  <u>ORDER</u>

        On November 18, 2011, defendants filed a motion for summary judgment. The court has not received an opposition to the motion from plaintiff although he indicates in a document filed January 17, 2012 that he did mail his opposition. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to defendants' motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 22, 2012

                                                          _____
                                                          CAROLYN K. DELANEY
                                                          UNITED STATES MAGISTRATE JUDGE

1/walk0642.46