IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

      Plaintiff,                      No. 2:09-cv-0642 WBS CKD P

    vs.

A.H. WHITTEN, et al.,

      Defendants.          <u>ORDER</u>

         Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Defendants' motion for summary judgment is pending. Plaintiff filed an opposition to the motion on January 20, 2012. Following the Ninth Circuit's decision in <u>Woods v. Carey</u>, No. 09-15548 (9th Cir. July 6, 2012), the court provided plaintiff with the notice required by that decision and granted plaintiff until September 6, 2012 to file an amended opposition. Plaintiff has informed the court that he cannot determine whether to amend his opposition because he is being denied access to documents filed in this action.

         Good cause appearing, IT IS HEREBY ORDERED that:

         1. Within fourteen days, the Warden at plaintiff's place of incarceration inform the court whether plaintiff has access to legal documents filed in this case. If plaintiff does not have access to those documents, the Warden shall explain why not.

1

2. The Clerk of the Court is directed to serve a copy of this order upon the Warden of California State Prison, Lancaster.

Dated: September 13, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
walk0642.war