IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

    Plaintiff,                    No. 2:09-cv-0642 WBS CKD P

    vs.

A.H. WHITTEN, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff has requested an extension of time to file an amended opposition to defendants' pending motion for summary judgment. Good cause appearing, that request will be granted. Also, the court notes that plaintiff has three motions pending concerning conditions of confinement at California State Prison, Lancaster. Since plaintiff has been transferred to the California Men's Colony in San Luis Obispo, those motions will be denied as moot.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (Dkt. No. 112) is granted;

        2. Plaintiff is granted thirty days from the date of this order to file an amended opposition to defendants' pending motion for summary judgment. If plaintiff elects not to file an amended opposition by that date, defendants' motion for summary judgment will stand submitted

/////

1

to the court for decision.  Absent extraordinary cause, no further extensions of time will be granted.

       3.  Any reply to plaintiff's amended opposition shall be due no later than 14 days after service of the amended opposition.

       4.  The motions filed by plaintiff on August 27, 2012 (Dkt. No. 105); September 14, 2012 (Dkt. No. 107) and October 9, 2012 (Dkt. No. 110) are denied as moot.

Dated: November 1, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] walk0642.ext(2)