IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

      Plaintiff,                    No. 2:09-cv-0642 WBS CKD P

   vs.

A.H. WHITTEN, et al.,

      Defendant.               ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On August 7, 2012, the court granted plaintiff leave to file an amended opposition to defendants' pending motion for summary judgment. The amended opposition is currently due December 3, 2012. Plaintiff seeks an extension of time to determine whether he should file an amended opposition because he has been denied access to certain documents from this case which plaintiff asserts he needs to review to determine if he should file an amended opposition. Good cause appearing, the court will hold a hearing on December 12, 2012 to address plaintiff's claim that he has been denied access to documents. Plaintiff will appear by telephone. Plaintiff should be prepared to identify those documents to which he does not have access and why he needs access.

/////

Plaintiff also requests that the court order that plaintiff be provided access to a typewriter. Plaintiff asserts it is difficult for him to write. Plaintiff has made this request on several occasions and such requests have been specifically denied three times within the last year. Dkt. Nos. 77, 88 & 104. Also, a review of the Court's docket reveals that within the last three or so years, plaintiff has filed approximately 30 handwritten documents with the court, approximately 10 of which are 5 pages or longer in length. In light of these facts, plaintiff's request that the court order prison officials to provide plaintiff with access to a typewriter will be denied.

Finally, plaintiff has requested that the court order that he be granted more access to his prison's law library. However, he has not explained why he needs more access. This request will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall appear before the court by telephone on December 12, 2012 at 10:00 a.m. to address plaintiff's claim that he has been denied access to documents necessary for plaintiff to determine if he should file an amended opposition to defendants' pending motion for summary judgment. Counsel for defendants shall make arrangements for plaintiff to appear by telephone and shall contact the Court's Courtroom Deputy Kyle Owen no later than December 10, 2012 and provide a phone number where plaintiff can be reached.

2. Counsel for defendant may appear on December 12 in person or by telephone.

3. Plaintiff's request that the court order prison officials to allow plaintiff to use a typewriter is denied.

////
/////
/////
/////
/////

    3.  Plaintiff's request that the court order prison officials to provide him with more access to his prison's law library is denied.

Dated: November 29, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

walk0642.tc