## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

        Plaintiff,                     No. 2:09-cv-0642 WBS CKD P

  vs.

A.H. WHITTEN, et al.,

        Defendants.             **ORDER & WRIT OF HABEAS CORPUS**
                                      /           **AD TESTIFICANDUM**

      Jeffrey E. Walker, inmate # F-11343, a necessary and material witness in proceedings in this case on December 12, 2012, is confined in California Men's Colony in San Luis Obispo, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, **to appear by telephone conferencing** at California Men's Colony, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify **by telephone-conferencing** before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, California Men's Colony, Highway 1, PO Box 8103, San Luis Obispo, California 93409-8103:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above **by telephone-conferencing**, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 3, 2012

                                                     _____
                                                     CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE

/md
walk0642.841