IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

        Plaintiff,                  No. 2:09-cv-0642 WBS CKD P

   vs.

A.H. WHITTEN, et al.,

        Defendants.          <u>ORDER</u>

_____/

       This mater came on for status conference on December 12, 2012.  Defendants appeared via counsel, Deputy Attorney General Tracy Hendrickson.  Plaintiff appeared pro se and via telephone. In light of the conversation occurring at the status conference, and good cause appearing.  IT IS HEREBY ORDERED that:

       1. By the close of court tomorrow, counsel for defendants shall send a copy of their pending November 18, 2011 motion for summary judgment (Dkt. No. 74), with all attachments, via e-mail, to the litigation coordinator at plaintiff's place of incarceration.

       2. By the close of court tomorrow, the Clerk of the Court shall send a copy of the opposition to defendants' pending motion for summary judgment, with all attachments, filed by plaintiff on January 30, 2012 (Dkt. No. 94), via e-mail to the litigation coordinator at plaintiff's place of incarceration.

1

3. Plaintiff is granted 45 days from the date of this order to either file an amended opposition to defendants' motion for summary judgment or file a statement in which plaintiff indicates that he is electing to stand on the opposition previously filed.

4. If plaintiff files an amended opposition, defendants may file a reply no later than 14 days after service of the opposition.

Dated: December 12, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] walk0642.sta